# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

P. JONATHAN MEYER, et al.,

      Plaintiffs,

  v.                                  Civil Action 2:18-cv-218
                                      Judge George C. Smith
                                      Magistrate Judge Jolson

BANK OF AMERICA, N.A.,

      Defendant.

## ORDER

This matter is before the Court on a Motion to Seal Counterclaim and Third-Party Complaint Exhibits 46 and 47 filed by Counter-Plaintiff Bank of America, N.A. (the "Bank of America"). (Doc. 13). In the Motion, Bank of America explains that its Counterclaim and Third-Party Complaint inadvertently included un-redacted Social Security numbers for Plaintiffs/Counter-Defendants P. Jonathan Meyer, Mark Pottschmidt, and Raymond Brunt in (1) Exhibit 46, Union Hill Escrow Agreement (Doc. 4-47, PAGEID #: 1075) and (2) Exhibit 47, English Village Escrow Agreement (Doc. 4-48, PAGEID#: 1088). Bank of America attached redacted versions of the relevant exhibits to its Motion.

Upon review, the undersigned believes the Motion properly demonstrates a compelling reason for filing under seal and is narrowly tailored to serve that reason. *See Blasi v. United Debt Servs., LLC*, No. 2:14-CV-83, 2016 WL 3765539, at *1 (S.D. Ohio July 14, 2016) (noting that a proper motion to seal must "demonstrate[] a compelling reason for filing under seal, . . . must be narrowly tailored to serve that reason," and must "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations"). Accordingly, for good cause shown, the Motion to Seal Counterclaim and Third-Party Complaint Exhibits 46 and

47 is **GRANTED.** (Doc. 13). Consequently, the Clerk is **DIRECTED** to replace Doc. 4-47, PAGEID #: 1075 and Doc. 4-48, PAGEID#: 1088 with the redacted documents attached to Doc. 13.

IT IS SO ORDERED.

Date: March 20, 2018 /s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE