# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| P. JONATHAN MEYER, et al., | : | |
| | : | Case No.: 2:18-cv-000218 |
| Plaintiffs/Counter-Defendants, | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | Hon. Sarah D. Morrison |
| | : | |
| Defendant/Counter-Plaintiff/Third-Party Plaintiff, | : | Magistrate Judge Kimberly Jolson |
| | : | |
| v. | : | |
| | : | |
| STANBERY ENGLISH VILLAGE, LP, et al., | : | |
| | : | |
| Third-Party Defendants. | : | |

## VERIFIED SATISFACTION OF JUDGMENT

| | |
|---|---|
| STATE OF OHIO | : |
| | : SS |
| COUNTY OF FRANKLIN | : |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO:**

On March 9, 2021, the Court entered judgment in favor of P. Jonathan Meyer concerning the existing escrowed funds on deposit with the Court ("Judgment"). [Doc. 136, PAGEID#10039; Doc. 137.]

The above Judgment, having been satisfied in full, the same is of no further force nor effect.

/s/ P. Jonathan Meyer
P. Jonathan Meyer

Date:  8/11/21

Address: 85 Stanbery Avenue, Bexley, Ohio 43209

/s/ Matthew S. Zeiger
Matthew S. Zeiger  (0075117)
Marion H. Little, Jr.  (0042679)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Telephone: (614) 365-9900
(Fax) (614) 365-7900
zeigerm@litohio.com
little@litoho.com

*Attorneys for P. Jonathan Meyer*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court by using the court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Matthew S. Zeiger
Matthew S. Zeiger (0075117)

1081-003:916284